1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TREMAINE CARROLL,                          No.  1:23-cv-00974 NODJ GSA (PC)

12                    Plaintiff,                 ORDER VACATING FINDINGS AND
                                                 RECOMMENDATIONS ISSUED AUGUST
13           v.                                  28, 2023

14   STATE OF CALIFORNIA, et al.,                (ECF No. 11)

15                    Defendants.                ORDER DISREGARDING MOTION FOR
                                                 RECONSIDERATION OF IN FORMA
16                                               PAUPERIS, EXTENSION OF TIME,
                                                 INJUNCTIVE RELIEF
17
                                                 (ECF No. 13)
18

19
         Plaintiff, a state prisoner proceeding in forma pauperis, has filed this civil rights action
20
seeking relief under 42 U.S.C. § 1983.  Plaintiff is represented by counsel.  The matter was
21
referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule
22
302.
23
         Before this Court is its outstanding order recommending that this matter be dismissed for
24
failure to comply with a court order, and Plaintiff's motion for reconsideration.  ECF Nos. 11, 13,
25
respectively.  For the reasons stated below, the outstanding order recommending that this matter
26
be dismissed will be vacated.  In addition, Plaintiff's motion for reconsideration will be
27
disregarded.
28

I.   PENDING FINDINGS AND RECOMMENDATIONS ORDER

On August 28, 2023, the Court issued an order recommending that this matter be dismissed because Plaintiff had neither paid the filing fee nor filed an application to proceed in forma pauperis.  ECF No. 11.  Since then, Plaintiff has filed a properly completed in forma pauperis application and has been granted in forma pauperis status.  ECF Nos. 12, 14.  Consequently, the pending findings and recommendations order is moot.  Therefore, it will be vacated.

II.   MOTION FOR RECONSIDERATION

On November 11, 2023, Plaintiff filed a motion for reconsideration.  ECF No. 13.  The motion, which is handwritten and signed by Plaintiff, and was not filed  by counsel.[1]  See id.  The motion also appears to request an extension of time to file an in forma pauperis application as well as injunctive relief.  Id.

Because Plaintiff is represented by counsel, and in order to eliminate confusion and the filing of conflicting documents, absent exigent circumstances, going forward the Court will only consider filings docketed by Plaintiff's counsel.  Accordingly, Plaintiff's motion for reconsideration and all requests in it will be disregarded as improperly filed.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations order issued August 28, 2023 (ECF No. 11), is hereby VACATED, and

2.  Plaintiff's motion for reconsideration (ECF No. 13) is DISREGARDED for the reasons stated above.

IT IS SO ORDERED.

Dated:   __December 19, 2023__          _____/s/ Gary S. Austin_____
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1]  On the caption page of the motion, it identifies several other cases Plaintiff has before this Court.  See ECF No. 13 at 1.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28