1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TREMAINE CARROLL,[1]                          No.  1:23-cv-00974 KES GSA (PC)

12                  Plaintiff,                      ORDER DENYING PLAINTIFF'S MOTION
                                                    TO RESCIND IN FORMA PAUPERIS
13          v.                                      ORDER

14   STATE OF CALIFORNIA, et al.,                   (ECF No. 20 at 1)

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          Plaintiff has filed a motion which seemingly requests in relevant part that the filing fees

21   that are being debited from her prison trust fund account due to the Court's grant of her in forma

22   pauperis application be stopped.  ECF No. 20.  For the reasons stated below, the motion will be

23   denied.

24          I.      MOTION TO STOP WITHDRAWAL OF FILING FEES[2]

25   _____

[1]  Plaintiff has identified as a transwoman in this matter.  See ECF No. 20 at 1.  Therefore, the
26   Court will use her preferred pronouns in this order.
[2]  In the motion, Plaintiff also states she has learned that The Justice Firm has sold her case to
27   "larger law firms."  ECF No. 20 at 1.  As a result, she also requests that an unpublished book of
     hers and other documents that The Justice Firm has of hers be returned to her.  ECF No. 20 at 1.
28          Plaintiff is advised that because her book and other documents are not related to this

                                                 1

1   In Plaintiff's motion, she states that she paid the $402.00 filing fee needed to commence

2   this case to an individual at The Justice Firm. ECF No. 20 at 1.  The Justice Firm is the firm on

3   record that is handling Plaintiff's case and that of several other prisoner-plaintiffs in this action.

4   See generally ECF No. 2 at 1 (case caption of complaint identifying Attorney J. Virgilio of The

5   Justice Firm as counsel for Plaintiff).  As a result, she appears to be requesting that the  Court stop

6   debiting her prison trust fund account for the filing fee.  ECF No. 20 at 1.

7   II.   DISCUSSION

8   Plaintiff's motion will be denied.  Plaintiff filed a signed application to receive in forma

9   pauperis status (ECF Nos. 6, 12), and the application was granted (ECF No. 14).  In the

10  November 2023 order granting Plaintiff in forma pauperis status, it clearly states that monies will

11  be debited from her prison trust fund account over time until the filing fee is paid in full.  Id. at 1.

12  Inmates who have been granted in forma pauperis status and are proceeding with in forma

13  pauperis status are required to have debits taken from their trust account to pay the filing fee.

14  Therefore, the debits to Plaintiff's prison trust account for the $350.00 filing fee[3] will continue.

15  However, should The Justice Firm pay the $402.00 filing fee the Court will be able to

16  vacate the order granting Plaintiff in forma pauperis status and the debits from her prison trust

17  fund account will cease.  Unless and until that happens, the current order requiring that Plaintiff's

18  trust fund account be regularly debited for the $350.00 amount,  will stand.

19  _____

20  matter, the Court will not order that her documents be returned to her.  Plaintiff will need to
    address that matter outside of this case.

21  In the motion, Plaintiff also asks that a temporary restraining order issue because in April
    2024, she was sexually assaulted twice by Kern Valley State Prison Staff at gunpoint.  ECF No.

22  20 at 1, 175.  Plaintiff, however, has not provided sufficient information to consider her request
    (e.g., the names of the individuals who assaulted her, the circumstances surrounding the assaults,

23  etc.).

24  In order for the Court to consider such a request, Plaintiff will first need to provide more
    information to the Court in a separate motion.  The motion should be a short one that states

25  clearly and concisely the facts alleged, not a motion like the instant 175-page one that is currently
    before this Court.  See generally Fed. R. Civ. P. 8(d)(1) (requiring pleadings be "simple, concise

26  and direct"); Fed. R. Civ. P. 7 (b)(1)-(2) (stating basic guidelines for motions and other papers
    filed with Court).

27  [3]  The filing fee for an individual who is proceeding in forma pauperis is limited to $350.00.
    Individuals proceeding in forma pauperis are not required to pay the additional $52.00

28  administrative fee.  See 28 U.S.C. § 1914 (District Court Miscellaneous Fee Schedule, Item 14).

2

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request that the order which granted her in forma pauperis status be rescinded (ECF No. 20) is DENIED.

IT IS SO ORDERED.

Dated:   **June 5, 2024**                              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE