UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE STITH,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 1:23-cv-00947 KES GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |
| VICTORIA GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 1:23-cv-00973 KES GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |
| TREMAINE CARROLL,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 1:23-cv-00974 KES GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |

| | | |
|---|---|---|
| 1 | JONATHAN ROBERTSON, | No. 1:23-cv-00975 KES GSA (PC) |
| 2 | Plaintiff, | ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |
| 3 | v. | |
| 4 | STATE OF CALIFORNIA, et al., | |
| 5 | Defendants. | |
| 6 | | |
| 7 | FANCY MOORE LIPSEY, | No. 1:23-cv-00976 KES GSA (PC) |
| 8 | Plaintiff, | ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |
| 9 | v. | |
| 10 | STATE OF CALIFORNIA, et al., | |
| 11 | Defendants. | |
| 12 | RAYSHAWN HART, | No. 1:23-cv-00977 KES GSA (PC) |
| 13 | Plaintiff, | ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |
| 14 | v. | |
| 15 | STATE OF CALIFORNIA, et al., | |
| 16 | Defendants. | |
| 17 | | |
| 18 | CRYSTAL GRAHAM | No. 1:23-cv-01323 KES GSA (PC) |
| 19 | Plaintiff, | ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |
| 20 | v. | |
| 21 | STATE OF CALIFORNIA, et al., | |
| 22 | Defendants. | |
| 23 | | |
| 24 | ROXANNE PURDAGONE, | No. 1:23-cv-01324 KES GSA (PC) |
| 25 | Plaintiff, | ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |
| 26 | v. | |
| 27 | STATE OF CALIFORNIA, et al., | |
| 28 | Defendants. | |

| | |
|---|---|
| ZENAIDA CORDOVA<br><br>          Plaintiff,<br><br>     v.<br><br>GREG RODRIGUEZ, et al.,<br><br>          Defendants. | No. 1:24-cv-00482 KES GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO NOTE RELATION OF ALL CASES IN CASE CAPTION OF EACH MATTER'S DOCKET |

Plaintiffs in the above-referenced cases are state prisoners who have filed civil rights actions seeking relief under 42 U.S.C. § 1983. All Plaintiffs are represented by the same counsel. The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2023, in the Stith matter – Stith v. State of California, No. 1:23-cv-00947 NODJ GSA – which is the earliest-filed action in this series of cases, the Chief District Judge issued an order that related the following cases to it:

- Stith v. State of California, No. 1:23-cv-00947 NODJ GSA;
- Green v. State of California, No. 1:23-cv-00973 NODJ GSA;
- Carroll v. State of California, No. 1:23-cv-00974 NODJ GSA;
- Robertson v. State of California, No. 1:23-cv-00975 NODJ GSA;
- Lipsey v. State of California, No. 1:23-cv-00976 NODJ GSA;
- Hart v. State of California, No. 1:23-cv-00977 NODJ GSA;
- Graham v. State of California, No. 1:23-cv-01323 NODJ GSA, and
- Purdagone v. State of California, No. 1:23-cv-01324 NODJ GSA.

See generally Stith, ECF No. 20.

Since then, each of these matters has been reassigned to District Judge Kirk E. Sherriff. See, e.g., Stith, ECF No. 22 (order reassigning matter to new district judge). In addition, on May 24, 2024, Judge Sherriff related it to the other above-referenced matters. See Cordova, ECF No. 11. As a result, there are now nine matters in the Stith litany of cases that are related.

Having reviewed the case captions of the dockets for each of the above-referenced matters

they do not all reflect that these matters are related to one another. Some of the case captions in the dockets identify a few of the related matters. See, e.g., Purdagone (case caption of docket noting two other related matters). Other dockets identify all of them. See, e.g., Cordova (case caption of docket noting eight other related matters). Consequently, there is a potential for confusion when accessing each of these matters on the docket. Therefore, the Court will order the Clerk of Court to update the dockets in each of the above-referenced cases to reflect that all nine matters are related to one another.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall update the case captions on the dockets of each of the following cases to reflect that they are all related:

- Stith v. State of California, No. 1:23-cv-00947 KES GSA;
- Green v. State of California, No. 1:23-cv-00973- KES GSA;
- Carroll v. State of California, No. 1:23-cv-00974 KES GSA;
- Robertson v. State of California, No. 1:23-cv-00975 KES GSA;
- Lipsey v. State of California, No. 1:23-cv-00976 KES GSA;
- Hart v. State of California, No. 1:23-cv-00977 KES GSA;
- Graham v. State of California, No. 1:23-cv-01323 KES GSA;
- Purdagone v. State of California, No. 1:23-cv-01324 KES GSA, and
- Cordova v. Rodriguez, No. 1:24-cv-00482 KES GSA.

IT IS SO ORDERED.

Dated:   **June 5, 2024**                    /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE