1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TREMAINE CARROLL,                    No.  1:23-cv-00974 JLT GSA (PC)

12              Plaintiff,                 ORDER DIRECTING DEPUTY ATTORNEY
                                           GENERAL ARTHUR B. MARK, III TO
13        v.                               INFORM COURT WHETHER THE OFFICE
                                           OF THE ATTORNEY GENERAL IS
14   STATE OF CALIFORNIA, et al.,          REPRESENTING ANY DEFENDANTS
                                           LISTED ON THE DOCKET OF THIS
15              Defendants.                MATTER AND FILE NOTICE OF
                                           APPEARANCE, IF NEEDED
16
                                           RESPONSE OF DEPUTY ATTORNEY
17                                         GENERAL ARTHUR B, MARK, III DUE IN
                                           SEVEN DAYS
18

19
          Plaintiff, a state prisoner proceeding in forma pauperis, has filed this civil rights action
20
   seeking relief under 42 U.S.C. § 1983.  Plaintiff is represented by counsel.  The matter was
21
   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule
22
   302.  This matter has been related to eight other cases.  See ECF No. 16.
23
          For the reasons stated below, Deputy Attorney General ("DAG") Arthur B. Mark, III, who
24
   is representing a number of the Defendants employed by the California Department of
25
   Corrections and Rehabilitation ("CDCR") in other matters that have been related to this case, will
26
   be ordered to inform the Court whether the Office of the Attorney General ("OAG") intends
27
   to represent any of the individuals who are identified as Defendants on the Court's docket in this
28

                                           1

matter, and, if warranted, file a notice of appearance.

I.    BACKGROUND

On December 12, 2023, this matter was related to several other cases that have named common Defendants as parties to this action.  See ECF No. 16.  The Court takes judicial notice that in a number of these related matters, Defendants State of California; California Department of Corrections and Rehabilitation; Sergeant A.W. Dodson, and Acting Warden Michael Pallares are represented by the OAG.

The Court also takes judicial notice of the fact that in eight of the nine related matters, the OAG has filed motions to dismiss on behalf of certain of the four above-mentioned Defendants.  However, in the instant matter, which has similar facts and origins as the other eight matters, it does not appear that any of these four Defendants are represented by the OAG, despite the fact that they are all named as Defendants in it, and despite the fact that the OAG is representing them in several of the other eight matters.

II.    DISCUSSION

The Court has an interest in managing its docket in a just, speedy, and efficient manner.  See Fed. R. Civ. P. 1; In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217 (9th Cir. 2006) (stating orderly and expeditious resolution of disputes is of great importance to rule of law, and delay in reaching merits is costly in money, memory, manageability, and confidence in process).  Therefore, if the OAG intends to represent these four Defendants (or other CDCR employees identified in Plaintiff's complaint) and/or to file a motion to dismiss in the instant matter, counsel should file a notice of appearance and said motion should be filed immediately so that all nine motions to dismiss certain Defendants can be addressed within reasonable periods of one another.

For these reasons, DAG Arthur B. Mark, III will be directed to inform the Court if the OAG intends to represent Defendants State of California; California Department of Corrections and Rehabilitation; Sergeant A.W. Dodson, and Acting Warden Michael Pallares (or any of the other individuals named as Defendants on the docket) in this matter.  He will be given seven days to do so.  The Clerk of Court will be directed to serve this order on him.

2

Accordingly, IT IS HEREBY ORDERED that:

1.  Within seven days from the date of this order, Deputy Attorney General Arthur B. Mark, III shall:

a.   Inform the Court whether the Office of the Attorney General will be representing Defendants State of California; California Department of Corrections and Rehabilitation; Sergeant A.W. Dodson, and Acting Warden Michael Pallares (or any of the other individuals named as Defendants on the docket) in this case, and

b.  File a notice of appearance if the OAG does intend to represent any of the individuals who are listed as Defendants in the case caption of the docket of this matter, and

2.  The Clerk of Court is directed to serve a copy of this order on Deputy Attorney General Arthur B. Mark, III at the Office of the Attorney General located in Sacramento, California.

IT IS SO ORDERED.

Dated:   **October 28, 2024**                        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE