1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE STITH,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No.  1:23-cv-00947 JLT GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHY PROOF(S) OF SERVICE OF COMPLAINT HAVE NOT BEEN FILED<br><br>COUNSEL'S RESPONSE, OR IN THE ALTERNATIVE, THE FILING OF PROOF(S) OF SERVICE, DUE IN SEVEN DAYS |
| VICTORIA GREEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No.  1:23-cv-00973 JLT GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHY PROOF(S) OF SERVICE OF COMPLAINT HAVE NOT BEEN FILED<br><br>COUNSEL'S RESPONSE, OR IN THE ALTERNATIVE, THE FILING OF PROOF(S) OF SERVICE, DUE IN SEVEN DAYS |
| TREMAINE CARROLL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al., | No.  1:23-cv-00974 JLT GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHY PROOF(S) OF SERVICE OF COMPLAINT HAVE NOT BEEN FILED<br><br>COUNSEL'S RESPONSE, OR IN THE ALTERNATIVE, THE FILING OF PROOF(S) |

1

1  |                                              | OF SERVICE, DUE IN SEVEN DAYS

2  |          Defendants.                         |

3  | JONATHAN ROBERTSON,                           | No.  1:23-cv-00975 JLT GSA (PC)

4  |                    Plaintiff,                | ORDER DIRECTING PLAINTIFF'S
   |                                              | COUNSEL TO INFORM COURT WHY
5  |          v.                                  | PROOF(S) OF SERVICE OF COMPLAINT
   |                                              | HAVE NOT BEEN FILED
6  | STATE OF CALIFORNIA, et al.,                 |
   |                                              | COUNSEL'S RESPONSE, OR IN THE
7  |                    Defendants.               | ALTERNATIVE, THE FILING OF PROOF(S)
   |                                              | OF SERVICE, DUE IN SEVEN DAYS
8  |                                              |

9  | FANCY MOORE LIPSEY,                           | No.  1:23-cv-00976 JLT GSA (PC)

10 |                    Plaintiff,                | ORDER DIRECTING PLAINTIFF'S
   |                                              | COUNSEL TO INFORM COURT WHY
11 |          v.                                  | PROOF(S) OF SERVICE OF COMPLAINT
   |                                              | HAVE NOT BEEN FILED
12 | STATE OF CALIFORNIA, et al.,                 |
   |                                              | COUNSEL'S RESPONSE, OR IN THE
13 |                    Defendants.               | ALTERNATIVE, THE FILING OF PROOF(S)
   |                                              | OF SERVICE, DUE IN SEVEN DAYS
14 |                                              |

15 | RAYSHAWN HART,                                | No.  1:23-cv-00977 JLT GSA (PC)

16 |                    Plaintiff,                | ORDER DIRECTING PLAINTIFF'S
   |                                              | COUNSEL TO INFORM COURT WHY
17 |          v.                                  | PROOF(S) OF SERVICE OF COMPLAINT
   |                                              | HAVE NOT BEEN FILED
18 | STATE OF CALIFORNIA, et al.,                 |
   |                                              | COUNSEL'S RESPONSE, OR IN THE
19 |                    Defendants.               | ALTERNATIVE, THE FILING OF PROOF(S)
   |                                              | OF SERVICE, DUE IN SEVEN DAYS
20 |                                              |

21 |                                              |

22 | CRYSTAL GRAHAM                                | No.  1:23-cv-01323 JLT GSA (PC)

23 |                    Plaintiff,                | ORDER DIRECTING PLAINTIFF'S
   |                                              | COUNSEL TO INFORM COURT WHY
24 |          v.                                  | PROOF(S) OF SERVICE OF COMPLAINT
   |                                              | HAVE NOT BEEN FILED
25 | STATE OF CALIFORNIA, et al.,                 |
   |                                              | COUNSEL'S RESPONSE, OR IN THE
26 |                    Defendants.               | ALTERNATIVE, THE FILING OF PROOF(S)
   |                                              | OF SERVICE, DUE IN SEVEN DAYS
27 |                                              |

28 |                                              |

| | |
|---|---|
| ROXANNE PURDAGONE, | No.  1:23-cv-01324 JLT GSA (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHY PROOF(S) OF SERVICE OF COMPLAINT HAVE NOT BEEN FILED |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | COUNSEL'S RESPONSE, OR IN THE ALTERNATIVE, THE FILING OF PROOF(S) OF SERVICE, DUE IN SEVEN DAYS |

| | |
|---|---|
| ZENAIDA CORDOVA | No.  1:24-cv-00482 JLT GSA (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF'S COUNSEL TO INFORM COURT WHY PROOF(S) OF SERVICE OF COMPLAINT HAVE NOT BEEN FILED |
| v. | |
| GREG RODRIGUEZ, et al., | |
| Defendants. | COUNSEL'S RESPONSE, OR IN THE ALTERNATIVE, THE FILING OF PROOF(S) OF SERVICE, DUE IN SEVEN DAYS |

On October 29, 2024, in Carroll v. State of California, No. 1:23-cv-00974 JLT GSA, the Court ordered Deputy Attorney General ("DAG") Arthur B. Mark, III – who represents named defendants in the other matters that have been related – to inform the Court whether the Office of the Attorney General ("OAG") was representing any defendants in the Carroll case, and if so, to file a notice of appearance.  See Carroll, ECF No. 26.  DAG Mark was given seven days to file a response to the Court's order.

On November 4, 2024, DAG Mark made a special appearance on behalf of Respondent OAG, and filed a response to the Court's order.  Based on the contents of that response, the Court reviewed the docket in Carroll and the dockets in the related matters identified above and notes that no proofs of service indicating that the operative complaint in each matter was served on the appropriate defendant(s) have been filed with the Court.  Therefore, counsel for Plaintiffs, Attorney Joseph A. Virgilio, will be ordered to inform the Court why he has not filed the appropriate proofs of service with the Court.  As an alternative to informing the Court why the proofs of service have not been filed, Attorney Virgilio may file them in each of the above-referenced cases.  Counsel will be given seven days to take either course of action.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Counsel for Plaintiffs, Attorney Joseph A. Virgilio, shall INFORM the Court why he

3  has not filed proofs of service of the operative complaints in each of the above-referenced

4  matters;

5    2.  As an alternative to informing the Court why the proofs of service have not been filed,

6  Attorney Virgilio may FILE the proofs of service of the operative complaints in each of the

7  above-referenced matters, and

8    3.  Attorney Virgilio will be given seven days from the date of this order to take either

9  course of action.

10

11

IT IS SO ORDERED.

12

13    Dated:   **November 9, 2024**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4