1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | No. 1:23-cv-00974 JLT GSA (PC)<br><br>ORDER DIRECTING COUNSEL FOR PLAINTIFF, ATTORNEY JOSEPH A. VIRGILIO, TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO RESPOND TO COURT ORDERS, OR, IN THE ALTERNATIVE TO FILE A RESPONSE TO COURT ORDERS<br><br>(See ECF Nos. 30, 31)<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |
| RAYSHAWN HART,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | No. 1:23-cv-00977 JLT GSA (PC)<br><br>ORDER DIRECTING COUNSEL FOR PLAINTIFF, ATTORNEY JOSEPH A. VIRGILIO, TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO RESPOND TO COURT ORDERS, OR, IN THE ALTERNATIVE TO FILE A RESPONSE TO COURT ORDERS<br><br>(See ECF Nos. 26, 27)<br><br>COUNSEL'S RESPONSE DUE IN SEVEN DAYS |

1

On November 12, 2024, after finding that it was unclear in each of the above referenced matters which of the individuals named on the respective dockets were still Defendants in them, the Court ordered counsel for Plaintiffs, Joseph A. Virgilio, to inform the Court which individuals were still Defendants in these cases and which ones Plaintiffs wished to dismiss. See, e.g., Carroll v. State of California, No. 1:23-cv-00974 JLT GSA ("Carroll"), ECF No. 29. At that time, counsel was given seven days to comply with the Court's order. Id.

Attorney Virgilio failed to file a response to the Court's order in both of the above-referenced cases, and in others. As result, on January 2, 2025, the Court issued a second order which again directed him to inform the Court: (1) which Defendants remained in each of the Plaintiff's complaints and ,(2) which Defendants, if any, Plaintiff wished to dismiss in them. See, e.g., Carroll, ECF No. 31.

To date, Attorney Virgilio has not responded to either of the Court's orders in the above-referenced cases, nor has he requested extensions of time to do so. He has not responded to them in any way.

For this reason, Attorney Virgilio will be ordered to show cause why he should not be sanctioned for twice failing to respond to court orders. As an alternative to filing the showing of cause, Attorney Virgilio may inform the Court which individuals in each of the above-referenced matters are still Defendants in them, and which Defendants Plaintiffs wish to dismiss in each case. Counsel will be given seven days to comply with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney Joseph A. Virgilio is ORDERED TO SHOW CAUSE why he should not be SANCTIONED for failure to obey court orders in each of the above-referenced matters;

2. As an alternative to filing the showings of cause, Attorney Joseph A. Virgilio may:

   a. INFORM the Court which Defendants still remain in each of these cases, and

   b. INFORM the Court which Defendants, if any, Plaintiffs wish to voluntarily dismiss from their respective cases, and

3. Attorney Virgilio shall have seven days from the date of this order to comply with it.

**Attorney Virgilio is cautioned that absent exigent circumstances, his failure to fully comply with this order within the time allotted will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: __**April 22, 2025**__                          _____/s/ Gary S. Austin__
                                             UNITED STATES MAGISTRATE JUDGE