UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00974-JLT-HBK<br><br>ORDER DIRECTING CLERK TO SEND PLEADING TO APPROPRIATE INSTITUTIONAL OFFICIAL<br><br>(Doc. No.  44) |

　　　　The court regularly receives pleadings or notices from confined persons who are proceeding *pro se* in actions before this court which contain allegations of suicide, danger of death, or imminent serious physical harm to themselves or to others.  In an abundance of caution, the court expediates notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

　　　　Accordingly, it is ORDERED**:**

　　　　　　1. The Clerk shall forward a copy of Plaintiff Tremayne Carroll's Notice filed on September 25, 2025 (Doc. No. 44) which contains allegations of  imminent physical harm by a confined person to the appropriate officials to the litigation coordinator at Salinas Valley State Prison by email (CDCRSVSPLitigationCoordinator@cdcr.ca.gov) and fax (831-678-5544) for handling as officials deem appropriate.

　　　　　　2. This Order is not a ruling on the allegations or relief requested in the notice or

pleading or the merits of allegations in this case but is provided for informational purposes only. No response is required from officials to the Order.

Dated:    September 26, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2