UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL,<br><br>    Plaintiff,<br><br> v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendant. | Case No. 1:23-cv-00974 JLT HBK (PC)<br><br>ORDER DIRECTING CLERK TO CORRECT CAPTION AND PROVIDE COPY OF DOCKET SHEET TO PRO SE PLAINITFF |

    Plaintiff Tremain Carroll, a state prisoner proceeding *in forma pauperis*, along with other prisoner-plaintiffs, initiated this civil rights action seeking relief under 42 U.S.C. § 1983 while represented by counsel. (Doc. No. 2). Plaintiff proceeds on her First Amended Complaint. (Doc. No. 19).[1] On October 27, 2025, the Court clarified that Plaintiff had dismissed her previous counsel of record and granted counsel's motion to withdraw. (Doc. No. 49). Thus, Plaintiff now proceeds on her First Amended Complaint pro se. (*Id*.).

    The Court's review of the docket reveals that although summons issued, service of the operative complaint has not been effectuated upon any of the defendants as of the date of this Order. (*See* docket; *see also* Response of Office of Attorney General to Order to Inform Court Regarding Representation in this Matter, Doc. No. 27). Because Plaintiff proceeds pro se and *in*

---

[1] After reviewing the Complaint, the Court determined that each Plaintiff should proceed separately on their own claims and severed the action. (Doc. No. 1).

*forma pauperis*, the Court will screen the operative complaint pursuant to 28 U.S.C. § 1915A before directing service on any defendant.

Further, a preliminary review of the operative complaint reflects that certain defendants appear on the docket who are not named in the First Amended Complaint.  Specifically, defendants White, Turnin, Dodson, Sousa, and Gensel remain listed on the docket, but are not identified as defendant in the First Amended Complaint.  (*See* Doc. No. 10).  Thus, these defendants are  considered dismissed from this action and should be terminated from the docket by the clerk.  *See Hal Roach Studios, Inc. v. Richard Feiner and Co., Inc*., 896 F.2d 1542, 1546 (9th Cir. 1989) (party omitted from amended complaint is not a party to the action and the court lacks jurisdiction over that party); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (amended complaint supersedes original complaint, thus omission of defendants from amended complaint render them non-parties).

Accordingly, it is **ORDERED**:

1. The Court will screed the First Amended Complaint (Doc. No. 10) pursuant to 28 U.S.C. § 1915A by separate order before directing service on any named defendant.
2. The Clerk shall correct the docket to reflect the termination of the following defendants: White, Turnin, Dodson, Sousa, and Gensel.
3. The Clerk shall provide pro se Plaintiff with a one-time courtesy copy of the docket sheet in this action with this Order.

Dated:     October 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2