**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREMAINE CARROLL,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No. 1:23-cv-00974 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br><br>(Doc. 59) |

Tremaine Carroll is proceeding pro se in this prisoner civil rights action. The magistrate judge screened Plaintiff's second amended complaint and found Plaintiff states cognizable claims for a violation of the Eighth Amendment, related to sexual assault, against defendants Pallares and Rodriguez. (Doc. 59 at 4-6.) The magistrate judge also found Plaintiff's claims against other identified defendants were not cognizable, and recommended the action proceed only on the cognizable Eighth Amendment claims. (*Id.* at 6-11.)

The Court served the Findings and Recommendations upon Plaintiff and notified her that any objections were due within 14 days. (Doc. 59 at 11.) The Court also advised Plaintiff that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 12 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendation filed on July 2, 2026 (Doc. 59), are **ADOPTED** in full.
2. The action **SHALL** proceed only with Plaintiff's Eight Amendment sexual-assault claims against Defendants Pallares and Rodriguez.
3. All other claims and defendants in the Second Amended Complaint are **DISMISSED** with prejudice, for failure to state a claim.
4. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated: _August 14, 2026_

UNITED STATES DISTRICT JUDGE