UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL,<br>Plaintiff,<br>v.<br>GREG RODRIGUEZ and MICHAEL PALLARES,<br>Defendants. | Case No. 1:23-cv-00974-JLT-HBK (PC)<br>ORDER DIRECTING CLERK TO SEND PLEADING TO APPROPRIATE INSTITUTIONAL OFFICIAL<br>(Doc. 65) |

The court regularly receives pleadings or notices from confined persons who are proceeding pro se in actions before this court which contain allegations of suicide, danger of death, or imminent serious physical harm to themselves or to others. In an abundance of caution, the court expedites notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

Accordingly, it is ORDERED:

1. The Clerk shall forward a copy of Plaintiff's Motion for a Temporary Restraining Order (Doc. 65) which contains allegations of suicide, danger of death, or imminent physical harm by a confined person to the Warden at Salinas Valley State Prison ("SVSP"), P.O. Box 1020, Soledad, CA 93960-1020, and to the SVSP Litigation Coordinator via fax at (831) 678-5544, or via email at CDCRSVSPLitigationCoordinator@cdcr.ca.gov, for handling as officials deem appropriate.

2. This Order is not a ruling on the allegations or relief requested in the notice or pleading or the merits of allegations in this case but is provided for informational purposes only. No response is required from officials to the Order.

Dated: October 21, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE