UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL,<br>Plaintiff,<br>v.<br>GREG RODRIGUEZ and MICHAEL PALLARES,<br>Defendants. | Case No. 1:23-cv-00974-JLT-HBK (PC)<br>ORDER DIRECTING CLERK TO SEND MOTION TO APPROPRIATE INSTITUTIONAL OFFICIAL<br>(Doc. 69) |

The court regularly receives pleadings or notices from confined persons who are proceeding pro se in actions before this court which contain allegations of suicide, danger of death, or imminent serious physical harm to themselves or to others. In an abundance of caution, the court expedites notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

In a motion docketed on November 16, 2026, plaintiff states: “With plaintiff not getting relief from CDCR, the state, nor courts, she sees suicide as only way to be free from further rapes and abuses.” (Doc. 69 at 4). The Court takes no position at this time on the merits of plaintiff’s underlying allegations but brings this statement to the attention of appropriate correctional and mental health staff because it raises a concern regarding plaintiff’s risk of suicide.

Accordingly, it is ORDERED:

1. The Clerk shall forward a copy of plaintiff’s November 16, 2026 petition for

preliminary injunctive relief and other relief without exhibits (Doc. 69, pages 1-4) which contains allegations of suicide, danger of death, or imminent physical harm by a confined person to: the Warden at Salinas Valley State Prison ("SVSP"), P.O. Box 1020, Soledad, CA 93960-1020, and to the SVSP Litigation Coordinator via fax at (831) 678-5544, or via email at CDCRSVSPLitigationCoordinator@cdcr.ca.gov, so that appropriate personnel may promptly assess Plaintiff's safety and take any indicated protective measures, as appropriate.

2. This Order is not a ruling on the allegations or relief requested in the motion or this case but is provided for informational purposes only. No response is required from officials to the Order.

Dated: November 18, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE